UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LARRY JAMES FORSYTHE, | ) | Case No.: 2:10-cv-01316-GMN-PAL |
| | ) | |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| WARDEN NEVIN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Before the Court is petitioner's motion for reconsideration (ECF No. 43), filed by Larry James Forsythe (aka Scott Alan Bluethman), arguing that circumstances render state processes ineffective to protect his rights. Respondents filed a Response (ECF No. 44) and Petitioner filed a Reply (ECF No. 45).

Having considered the motion and related briefing, the Court finds that reconsideration is not warranted as Petitioner offers nothing new to establish the Court's review and conclusions were erroneous. *See School Dist. No. 1J, Multnomah Cty. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). The Motion for Reconsideration (ECF No. 43) is **DENIED.**

**IT IS SO ORDERED** this 14th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge